**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| | ) | |
| DEMOCRACY FORWARD FOUNDATION, | ) | |
| | ) | |
| *Plaintiff*, | ) | 1:18-CV-00375 RC |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF HOMELAND SECURITY, | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

**JOINT STATUS REPORT**

Plaintiff Democracy Forward Foundation and Defendant Department of Homeland Security ("DHS"), by and through the undersigned counsel, hereby submit this joint status report pursuant to the Court's March 28, 2018, Minute Order in this Freedom of Information Act case.

Defendant reports that it is currently conducting searches for documents responsive to Plaintiff's FOIA request.  Specifically, DHS headquarters, Immigration and Customs Enforcement, United States Citizenship and Immigration Services, Federal Emergency Management Agency, Transportation Security Administration, and Customs and Border Protection are either conducting searches or will soon begin searching.  Because these searches are not yet complete, Defendant cannot yet estimate when Defendant may release any responsive, non-exempt records.  In addition, the parties do not yet know whether it will be necessary to brief summary judgment in this case.

Accordingly, the parties propose that they file a further status report on April 27, 2018, describing the status of Defendant's searches.  At that time, Defendant will be in a better position to estimate the amount of time needed to produce any non-exempt, responsive records or portions thereof.

Respectfully submitted,

/s/ Javier M. Guzman
Javier M. Guzman (D.C. Bar No. 462679)
Adam Grogg (N.Y. Bar)*
Democracy Forward Foundation
1333 H Street NW
Washington, DC 20005
(202) 448-9090
jguzman@democracyforward.org
agrogg@democracyforward.org

*Admitted in New York; practicing under
the supervision of members of the D.C. Bar
while D.C. Bar application is pending.

*Counsel for Plaintiff*


JESSIE K. LIU
United States Attorney
D.C. BAR # 472845

DANIEL F. VAN HORN
Chief, Civil Division
D.C. BAR # 924092

By:_____/s/_____
JOSHUA KOLSKY
D.C. BAR #993430
Assistant United States Attorney
District of Columbia
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2541
Fax: (202) 252-2599

*Counsel for Defendant*

2