UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEMOCRACY FORWARD FOUNDATION, ) )  Plaintiff, ) ) v. ) ) DEPARTMENT OF HOMELAND SECURITY, ) ) Defendant. ) ) | Civil Action No. 18-0375 (RC) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of May 16, 2018, Plaintiff Democracy Forward Foundation and Defendant Department of Homeland Security, by and through the undersigned counsel, respectfully submit this Joint Status Report in this Freedom of Information Act case.

The Court's Minute Order of May 16, 2018, directed the parties to submit a proposed briefing schedule within 30 days after the government's final production. By letter dated March 18, 2020, U.S. Immigration and Customs Enforcement ("ICE") advised Plaintiff that it had completed its response to Plaintiff's request.

On April 8, 2020, Plaintiff requested that, in an effort to narrow or resolve issues to be briefed, Defendant provide a draft *Vaughn* Index with respect to about 550 pages that the agency withheld pursuant to FOIA Exemption 5, 5 U.S.C. § 552(b)(5). Defendant has agreed to provide a draft *Vaughn* Index by May 22, 2020.

In light of their efforts to meet and confer, the parties respectfully suggest that it would not be productive to proceed to briefing at this time. The parties propose to file a further Joint

Status Report on June 16, 2020, with a proposed briefing schedule, if appropriate.[1]

Dated: April 17, 2020                              Respectfully submitted,

*/s/ Benjamin Seel*                         TIMOTHY J. SHEA, DC Bar #437437
Benjamin Seel (D.C. Bar No. 1035286)     United States Attorney
Democracy Forward Foundation
1333 H Street NW                        DANIEL F. VAN HORN, DC Bar #924092
Washington, DC 20005                 Chief, Civil Division
(202) 448-9090
bseel@democracyforward.org           */s/ Paul Cirino*
                                                          PAUL CIRINO

*Attorneys for Plaintiff*                        Assistant United States Attorney
                                                          555 4th Street, N.W.
                                                          Washington, D.C. 20530
                                                          Telephone: (202) 252-2529
                                                          paul.cirino@usdoj.gov

                                                          *Counsel for Defendant*

---

[1] The parties propose filing this joint report in lieu of the May 15, 2020 joint report they previously requested in their March 16, 2020 Joint Status Report (ECF No. 27).