UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DEMOCRACY FORWARD FOUNDATION, | ) | |
| Plaintiff, | ) | Civil Action No. 18-0375 (RC) |
| v. | ) | |
| DEPARTMENT OF HOMELAND SECURITY, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of May 16, 2018, Plaintiff Democracy Forward Foundation and Defendant Department of Homeland Security, by and through the undersigned counsel, respectfully submit this Joint Status Report in this Freedom of Information Act case.

The Court's Minute Order of May 16, 2018, directed the parties to submit a proposed briefing schedule within 30 days after the government's final production. By letter dated March 18, 2020, U.S. Immigration and Customs Enforcement ("ICE") advised Plaintiff that it had completed its response to Plaintiff's request. On May 22, 2020, ICE provided Defendant with a draft *Vaughn* Index.

As previously reported, Plaintiff has asked ICE to reconsider its withholdings with respect to specific records, and ICE has been evaluating Plaintiff's request. The agency, however, requires additional time to respond to Plaintiff's proposal, and intends to do so within the next 10 days.

In light of their efforts to meet and confer, the parties respectfully propose to file a further Joint Status Report on August 6, 2020, with a proposed briefing schedule, unless the case is dismissed before then.

| | |
|---|---|
| Dated:  July 16, 2020 | Respectfully submitted, |
| */s/ Benjamin Seel* | MICHAEL R. SHERWIN |
| Benjamin Seel (D.C. Bar No. 1035286) | Acting United States Attorney |
| Democracy Forward Foundation | |
| 1333 H Street NW | DANIEL F. VAN HORN, DC Bar #924092 |
| Washington, DC 20005 | Chief, Civil Division |
| (202) 448-9090 | |
| bseel@democracyforward.org |     /s/  *Paul Cirino* |
| | PAUL CIRINO |
| *Attorneys for Plaintiff* | Assistant United States Attorney |
| | 555 4th Street, N.W. |
| | Washington, D.C.  20530 |
| | Telephone: (202) 252-2529 |
| | paul.cirino@usdoj.gov |
| | |
| | *Counsel for Defendant* |