UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DEMOCRACY FORWARD FOUNDATION, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 18-0375 (RC) |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF HOMELAND SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of July 16, 2020, Plaintiff Democracy Forward

Foundation and Defendant Department of Homeland Security, by and through the undersigned

counsel, respectfully submit this Joint Status Report in this Freedom of Information Act case.

As previously reported, Defendant has completed its response to Plaintiff's FOIA

request.  Plaintiff has asked ICE to reconsider its withholdings with respect to specific records,

and ICE has been evaluating Plaintiff's request.  The agency requires additional time to respond

to Plaintiff's proposal.

In light of their efforts to meet and confer, the parties respectfully propose to file a further

Joint Status Report on August 27, 2020, with a proposed briefing schedule, unless the case is

dismissed before then.

Dated:  August 5, 2020                              Respectfully submitted,

*/s/ Benjamin Seel*                           MICHAEL R. SHERWIN
Benjamin Seel (D.C. Bar No. 1035286)          Acting United States Attorney
Democracy Forward Foundation
1333 H Street NW                              DANIEL F. VAN HORN, DC Bar #924092
Washington, DC 20005                          Chief, Civil Division
(202) 448-9090
bseel@democracyforward.org                         /s/  *Paul Cirino*
                                              PAUL CIRINO

*Attorneys for Plaintiff*                              Assistant United States Attorney
                                                       555 4th Street, N.W.
                                                       Washington, D.C.  20530
                                                       Telephone: (202) 252-2529
                                                       paul.cirino@usdoj.gov

                                                       *Counsel for Defendant*