UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| | ) | |
| DEMOCRACY FORWARD FOUNDATION, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 18-0375 (RC) |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF HOMELAND SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of August 5, 2020, Plaintiff Democracy Forward Foundation and Defendant Department of Homeland Security, by and through the undersigned counsel, respectfully submit this Joint Status Report in this Freedom of Information Act case.

As previously reported, Defendant has completed its response to Plaintiff's FOIA request.  Plaintiff has asked ICE to reconsider its withholdings with respect to specific records, and ICE has been evaluating Plaintiff's request.  The agency continues to deliberate the matter internally and requires additional time to respond to Plaintiff's proposal.

In light of their efforts to meet and confer, the parties respectfully propose to file a further Joint Status Report on September 28, 2020, with a proposed briefing schedule, unless the case is dismissed before then.

Dated:  August 27, 2020

Respectfully submitted,

*/s/ Benjamin Seel*
Benjamin Seel (D.C. Bar No. 1035286)
Democracy Forward Foundation
1333 H Street NW
Washington, DC 20005
(202) 448-9090
bseel@democracyforward.org

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, DC Bar #924092
Chief, Civil Division

/s/  *Paul Cirino*
PAUL CIRINO

*Attorneys for Plaintiff*

Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-2529
paul.cirino@usdoj.gov

*Counsel for Defendant*

2