UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEMOCRACY FORWARD FOUNDATION, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 18-0375 (RC) |
| ) | |
| v. ) | |
| ) | |
| DEPARTMENT OF HOMELAND SECURITY, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

Plaintiff, Democracy Forward Foundation, and Defendant, the U.S. Department of

Homeland Security, hereby stipulate to dismissal of this matter with prejudice pursuant to Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party will bear its own attorneys'

fees and costs.

Dated:  September 28, 2020                                  Respectfully submitted,

/s/ Benjamin Seel                            MICHAEL R. SHERWIN
Benjamin Seel (D.C. Bar No. 1035286)        Acting United States Attorney
Democracy Forward Foundation
1333 H Street NW                            DANIEL F. VAN HORN, DC Bar #924092
Washington, DC 20005                        Chief, Civil Division
(202) 448-9090
bseel@democracyforward.org                       /s/  Paul Cirino
                                            PAUL CIRINO
Attorneys for Plaintiff                     Assistant United States Attorney
                                            555 4th Street, N.W.
                                            Washington, D.C.  20530
                                            Telephone: (202) 252-2529
                                            paul.cirino@usdoj.gov

                                            Counsel for Defendant